**THOMAS PALMER** *versus* **JAMES TROWBRIDGE AND JONATHAN L. KING**, LATE MERCHANTS UNDER THE FIRM OF **TROWBRIDGE & KING**, AND **THOMAS ROWLAND**.

JOURNAL ENTRIES (1830–32): *Journal 4:* (1) Motion to dissolve injunction *p. 360; (2) injunction dissolved *p. 484; (3) motion to take bill as confessed and for perpetual injunction; motion for leave to plead, answer, or demur *p. 486; (4) continued *p. 519.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return; (5) motion to take bill as confessed and for perpetual injunction; (6) motion for leave to plead, etc.

*Chancery Case* 127 of 1830.

**ASQUIRE ALDRICH** *versus* **HENRY CONNOR**.

JOURNAL ENTRIES (1830–31): *Journal 4:* (1) Motion to take bill as confessed *p. 360; (2) bill dismissed *p. 454.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena ad respondendum; (3) writ of subpoena and return; (4) motion to take bill as confessed.

*Chancery Case* 122 of 1829.

**JOSEPH G. ODELL** *versus* **BENJAMIN F. FOX**.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Motion for rule to show cause against attachment *p. 362; (2) motion for rule to make return *p. 371; (3) rule to make return *p. 373; (4) rule to join in error *p. 423; (5) judgment reversed *p. 424.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance of certiorari and supersedeas; (2) precipe for certiorari and supersedeas; (3) motion for rule to show cause against attachment; (4) transcript of J. P. record; (5) affidavit for further return; (6) copy of rule for further return, proof of service; (7) further return; (8) assignment of errors; (9) writ of ca. sa. for costs, return.

*1824–36 Calendar,* MS p. 203.